IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAULA JACKSON,** *as an individual and on behalf of similarly situated persons*<br><br>**Plaintiff,**<br><br>vs.<br><br>**LOVES TRAVEL STOPS & COUNTRY STORES, INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No. 24-cv-1812-SMY<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated October 1, 2024 (Doc. 17), Plaintiff Paula Jackson's claims against Defendant Loves Travel Stops & Country Stores, Inc. are **DISMISSED with prejudice**.

**DATED: October 1, 2024**

MONICA STUMP, Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

Approved:

**STACI M. YANDLE**
**United States District Judge**